# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD N. GARY  
424 WELTY AVENUE  
ROCKFORD, IL  61107  

SSN-xxx-xx-7450

Case Number: 07-71389

Case filed on: 6/7/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $575.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 537.63 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 537.63 | 0.00 |
| 004 | SALTA GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONALD N. GARY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FREMONT INVESTMENT & LOAN | 20,907.24 | 15,217.00 | 0.00 | 0.00 |
| 002 | ROCK RIVER WATER RECLAMATION | 567.11 | 567.11 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 3,800.00 | 3,800.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO COUNTY TREASURER | 3,428.00 | 3,428.00 | 0.00 | 0.00 |
|  | Total Secured | 28,702.35 | 23,012.11 | 0.00 | 0.00 |
| 006 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 905.79 | 905.79 | 0.00 | 0.00 |
| 008 | COMED CO | 517.69 | 517.69 | 0.00 | 0.00 |
| 009 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 853.82 | 853.82 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | US DEPARTMENT OF EDUCATION | 1,647.72 | 1,647.72 | 0.00 | 0.00 |
| 014 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 517.66 | 517.66 | 0.00 | 0.00 |
|  | Total Unsecured | 4,442.68 | 4,442.68 | 0.00 | 0.00 |
|  | Grand Total: | 35,145.03 | 29,454.79 | 537.63 | 0.00 |

Total Paid Claimant:      $537.63  
Trustee Allowance:        $37.37          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan